SAMPSON TKACZYK ET AL. *v.* KENNETH GALLAGHER

The motion by the plaintiffs for review of their motion for rectification of the appeal from the Superior Court in New Haven County is denied.

*Henry T. Istas,* in support of the motion.

Submitted December 10—decided December 30, 1965

STATE OF CONNECTICUT *v.* ROY F. DARWIN

The petition by William Barnett and Emanuel N. Psarakis for leave to file a brief as amicus curiae in the appeal from the Superior Court in Tolland County is denied.

Submitted December 20—decided December 30, 1965

SAMPSON TKACZYK ET AL. *v.* KENNETH GALLAGHER

The motion by the defendant to dismiss the appeal from the Superior Court in New Haven County is denied.

*Walter A. DeAndrade,* for the appellee (defendant).

*Henry T. Istas,* for the appellants (plaintiffs).

Argued January 4—decided January 4, 1966

STATE OF CONNECTICUT *v.* STANLEY RAKIEC

The motion by the defendant to set aside the judgment of the Superior Court in Middlesex County is denied.

*A. Robert Gordon,* public defender, for the appellant (defendant).